AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

LAUGH FACTORY, INC.

**APPEARANCE**

v.

Case Number: 1:08-CV-01887(JSR)

BASCIANO, et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
PLAINTIFF LAUGH FACTORY, INC.

I certify that I am admitted to practice in this court.

2/28/2008
Date

Signature

Brendan J. O'Rourke     (BO 2351)
Print Name               Bar Number

PROSKAUER, ROSE LLP / 1585 BROADWAY
Address

NEW YORK      NY        10036
City          State     Zip Code

(212) 969-3120          (212) 969-2900
Phone Number            Fax Number