AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

LAUGH FACTORY, INC.

**APPEARANCE**

v.

Case Number: 1:08-CV-01887(JSR)

BASCIANO, et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
PLAINTIFF LAUGH FACTORY, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/28/2008 | *[signature]* |
| Date | Signature |
| | Jenifer deWolf Paine       (JP 9393) |
| | Print Name                Bar Number |
| | PROSKAUER, ROSE LLP / 1585 BROADWAY |
| | Address |
| | NEW YORK      NY      10036 |
| | City           State    Zip Code |
| | (212) 969-3016      (212) 969-2900 |
| | Phone Number        Fax Number |