# AFFIDAVIT OF SERVICE

R.D. WELLS SERVICES

Index # *08 CV 1887*

STATE OF NEW YORK    UNITED STATES DISTRICT Court,    SOUTHERN DISTRICT OF NEW YORK

*LAUGH FACTORY, INC.,*

Plantiff

against

Defendant

RICHARD BASCIANO, etal

STATE OF NEW YORK
County of: **ALBANY**

*Robert Wells*, being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on: *3/4/2008* at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he/she served the annexed **Summons & Complaint, Civil Cover Sheet, Ind Rules of Rakoff, Ind Practices of Magistrate Judge Peck, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, Notice of Court Conference, Notice of Appearance of Brendan O'Rourke and Notice of Appearance of Jennifer deWolf Paine** on *303 W 42nd STREET LLC*

Defendant in this action, by delivering to and leaving with *Carol Vogt* an authorized agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of *$40.00* Dollars. That said service was made pursuant to Section *303 LLC*, .

Deponent further says that he/she knew the person so served as aforesaid to be an authorized agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex:   Skin Color:   Hair Color:   Age (Approx.)   Height (Approx.)   Weight (Approx.)

*Female   White      Brown        50              5'2              135*

Other Identifying Features: *Glasses*

*Robert Wells*

Sworn to before me, this

4 day of March, 20 08

Rosemary Lanni
Notary Public-Commissioner of Deeds

ROSEMARY LANNI
Notary Public, State of New York
Qualified in Albany County
Reg No 4904277
Commission Expires Nov 2, 2009

R. D. WELLS SERVICES
P.O. BOX 3931
ALBANY, NY 12203