UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    **AFFIDAVIT OF SERVICE**
LAUGH FACTORY, INC.,                                             CASE # 08-cv-1887
                        Plaintiff,
    -  against –

RICHARD BASCIANO, 303 W. 42nd STREET REALTY
COMPANY, 303 W.42nd STREET LLC,
                        Defendants.
-----------------------------------------------------------X
STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF QUEENS    )

    Shaun Jackson, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

    On March 5, 2008, at approximately 8:31 a.m., at 300 West 43rd Street, Suite 400, New York, NY 10036, which upon information and belief is the place of business of Richard Basciano, Deponent served the within Civil Cover Sheet, Summons, Complaint, Individual Rules of Judge Rakoff, Individual Practices of Magistrate Judge Peck, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Consent of Exercise of Jurisdiction, 3rd Amended Instructions for filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, Notice of Court Conference, Notice of Appearance of Brendan O' Rourke and Notice of Appearance of Jennifer de Wolf Paine upon: **Richard Basciano**, by delivering to and leaving with "John Doe", who refused to give his name but stated that he is an employee of 303 W. 42nd Street Realty Company, a true and correct copy of said documents.

    At the time of said service "John Doe" confirmed that Richard Basciano works at the aforementioned address.

    "John Doe" is described a white male, approximately 50-55 years of age, 170-180 lbs.,5'6"-5'7"tall, with black hair and glasses.

    Deponent also states that on March 6, 2008, Deponent served a copy of the aforementioned documents upon Richard Basciano, by depositing a true and correct copy thereof, enclosed in a securely sealed, fully post paid, First Class Mail Envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:

        Richard Basciano
        300 West 43rd Street, Suite 400
        New York, NY 10036

    Deponent further states that the envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action against the addressee.

                                                           _____
                                                            Shaun Jackson
                                                            Lic # 1200125

Sworn to before me this
12th day of March, 2008

_____
Notary Public

                                      Karlene S. Jackson, Notary Public
                                      State of New York, #01JA5083169
                                      Qual. In Queens Cty, New York City
                                      Commission Expires November 17, 2009