UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LAUGH FACTORY, INC.,

                  Plaintiff,

- against –

RICHARD BASCIANO, 303 W. 42nd STREET REALTY
COMPANY, 303 W.42nd STREET LLC,

                  Defendants.
--------------------------------------------------------X

**AFFIDAVIT OF SERVICE**
CASE # 08-cv-1887

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF QUEENS     )

    Shaun Jackson, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

    On March 6, 2008, at approximately 1:32 pm, at 300 West 43rd Street, Suite 400, New York, NY 10036, which upon information and belief is the place of business of 303 West 42nd Street Realty Company, deponent served the within Civil Cover Sheet, Summons, Complaint, Individual Rules of Judge Rakoff, Individual Practices of Magistrate Judge Peck, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Consent of Exercise of Jurisdiction, 3rd Amended Instructions for filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, Notice of Court Conference, Notice of Appearance of Brendan O' Rourke and Notice of Appearance of Jennifer de Wolf Paine upon **303 West 42nd Street Realty Company**, by delivering to and leaving with "Jane Doe", Receptionist, who refused to give her name, a true and correct copy of said documents.

    "Jane Doe" is described a Black female, approximately 55-62 years of age, 145-155 lbs, 5'3"-5'4"tall, with gray hair and glasses.

    Deponent also states that on March 7, 2008, Deponent served a copy of the aforementioned documents upon 303 West 42nd Street Realty Company, by depositing a true and correct copy thereof, enclosed in a securely sealed, fully post paid, First Class Mail Envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:

        303 West 42nd Street Realty Company
        300 West 43rd Street, Suite 400
        New York, NY 10036

    Deponent further states that the envelope(s) bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action against the addressee.

                                                    _____
                                                    Shaun Jackson
                                                    Lic # 1200125

Sworn to before me this
12th day of March, 2008

_Karlene S Jackson_
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York Cty
Commission Expires November 17, 2009