UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

LAUGH FACTORY, INC.,                :    Docket No.
                                    :    08 CV 1887 (JSR)
            Plaintiff,              :
                                    :    **STIPULATION**
    - against -                     :
                                    :
RICHARD BASCIANO,                   :
303 WEST 42ND STREET REALTY         :
COMPANY, and                        :
303 WEST 42ND STREET LLC,           :
                                    :
            Defendants.             :
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-08

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the parties that the named Defendants shall have up to and including Friday, April 18, 2008 to answer or otherwise respond to Plaintiff's complaint as provided in the Federal Rules of Civil Procedure. The Plaintiff's agreement to this extension does not constitute a waiver of any claims for interim injunctive relief. There have been no previous requests made for any extensions of time.

IT IS HEREBY STIPULATED AND AGREED that this document may be executed in counterparts such that executed facsimile copies will be deemed to be originals.

DATED: March 21, 2008
       New York, New York

PROSKAUER ROSE LLP                          FAHRINGER & DUBNO

_____                   _____
Gregg M. Mashberg, Esq. (GM 4022)           Herald Price Fahringer, Esq. (HF 3827)
Jenifer deWolf Paine, Esq. (JP 9393)        Erica T. Dubno, Esq. (ED 3099)
1585 Broadway                               5 East 59th Street, Suite 750
New York, NY 10036                          New York, NY 10022
(212) 969-3000                              (212) 319-5351
Counsel for Plaintiff                       Counsel for Defendants

SO ORDERED.

Dated: 3/25/08
                                            _____
                                            U.S.D.J.