AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

**APPEARANCE**

Case Number:  08 CV 1887 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Richard Basciano, 303 West 42nd Street Realty Company, and 303 West 42nd Street LLC

I certify that I am admitted to practice in this court.

| 4/30/2008 | /s/ Angelo Notaro | |
|---|---|---|
| Date | Signature | |
| | Angelo Notaro | AN1306 |

1270 Broadway, Suite 807
Address

New York,  NY  10001
City            State            Zip Code

(212) 278-8600            (212) 278-8687
Phone Number            Fax Number