J995-001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Laugh Factory, Inc.,

        Plaintiff,

v.

Richard Basciano,
303 West 42nd Street Realty Company, and
303 West 42nd Street LLC,

        Defendants.
------------------------------------------------------------x
Richard Basciano,
303 West 42nd Street Realty Company, and
303 West 42nd Street LLC,

        Third-Party Plaintiffs,

v.

Jamie Masada,

        Third-Party Defendant.
------------------------------------------------------------x

Civil Action No. 08 CV 1887 (JSR)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants and third-party plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

1

Date: May 2, 2008

*Angelo Notaro*
Angelo Notaro (AN 1306)
John Zaccaria (JZ 3157)
Notaro & Michalos P.C.
1270 Broadway, Suite 807
New York, New York 10001
(212) 278-8600
Attorneys for Defendants/Counterclaim
Plaintiffs and Third Party Plaintiffs

M. David Baker (MB 0940)
225 Broadway, Suite 2715
New York, NY 10007
(212) 962-0200
Attorneys for Defendants/Counterclaim
Plaintiffs and Third Party Plaintiffs