UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LAUGH FACTORY, INC.,                  :     Docket No.
                                                              08 CV 1887 (JSR)
           Plaintiff,                          :

   -  against -                               :     **CONSENT TO CHANGE ATTORNEYS**

RICHARD BASCIANO,                     :
303 WEST 42ND STREET REALTY
COMPANY, and                              :
303 WEST 42ND STREET LLC,

                                                     :
           Defendants.
------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-7-08
```

    IT IS HEREBY CONSENTED THAT Notaro & Michalos P.C., 1270 Broadway, Suite 807, New York, New York 10001, shall be substituted as attorneys of record for the undersigned party in the above-captioned matter in place and stead of Fahringer & Dubno, as of the date hereof.

    Pursuant to Local Civil Rule 1.4, this change of attorneys, which is made in good faith and not for purposes of delay, is based upon the engagement of experienced trademark counsel as well as the recent hospitalization and emergency surgery of lead counsel, Herald Price Fahringer. The posture of the case is that the Defendants' Answer is currently due on May 2, 2008. A status conference is currently scheduled for May 7, 2008, and the matter is currently scheduled for trial to commence on October 6, 2008. No prior application to change counsel has been made to this or any other court.

DATED: April 30, 2008
      New York, New York

                    FAHRINGER & DUBNO

                    */s/ Erica Dubno*

                    Herald Price Fahringer, Esq. (HF 3827)
                    Erica T. Dubno, Esq. (ED 3099)
                    5 East 59th Street, Suite 750
                    New York, NY 10022
                    (212) 319-5351
                    Outgoing Attorneys for Defendants

                    NOTARO & MICHALOS P.C.

                    */s/ Angelo Notaro*

                    Angelo Notaro (AN 1306)
                    John Zaccaria (JZ 3157)
                    Notaro & Michalos P.C.
                    1270 Broadway, Suite 807
                    New York, NY 10001
                    (212) 278-8600
                    Incoming Attorneys for Defendants

By:   */s/ Richard Basciano*
       Defendant Richard Basciano

By:   */s/ Richard Basciano*
       Defendant 303 West 42nd Street Realty Company

By:   _____
       Defendant 303 West 42nd Street LLC

SO ORDERED.

Dated:   5/7/08              */s/*
                                 U.S.D.J.

2

05/05/2008 MON 16:25 FAX 2125866115 303 W. 42nd St. Realty Co                    @002/002

DATED: April 30, 2008
New York, New York

FAHRINGER & DUBNO

*Erica Dbl*
_____
Herald Price Fahringer, Esq. (HF 3827)
Erica T. Dubno, Esq. (ED 3099)
5 East 59th Street, Suite 750
New York, NY 10022
(212) 319-5351
Outgoing Attorneys for Defendants

NOTARO & MICHALOS P.C.

*Angelo Notaro*
_____
Angelo Notaro (AN 1306)
John Zaccaria (JZ 3157)
Notaro & Michalos P.C.
1270 Broadway, Suite 807
New York, NY 10001
(212) 278-8600
Incoming Attorneys for Defendants

By: _____
   Defendant Richard Basciano

By: _____
   Defendant 303 West 42nd Street Realty Company

By: _____
   Defendant 303 West 42nd Street LLC

SO ORDERED.

Dated: _____

                    _____
                    U.S.D.J.

2

05-05-2008 15:18 TOM LOMBARDI 2032456057                    PAGE2