UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| LAUGH FACTORY, INC., | : | |
| Plaintiff, | : | Civil Action No. 08 CV 1887 (JSR) |
| v. | : | |
| RICHARD BASCIANO, 303 WEST 42ND STREET REALTY COMPANY, and 303 WEST 42ND STREET LLC, | : | |
| Defendants, | : | **CERTIFICATE OF SERVICE** |
| v. | : | |
| RICHARD BASCIANO, 303 WEST 42ND STREET REALTY COMPANY, and 303 WEST 42ND STREET LLC, | : | |
| Third-Party Plaintiffs, | : | |
| v. | : | |
| JAMIE MASADA, | : | |
| Third-Party Defendant. | : | |

_____

   I hereby certify that a true and correct copy of the Plaintiff's and Third-Party Defendant's Answer to Counterclaims was mailed by Federal Express overnight delivery in accordance with the Federal Rules of Civil Procedure to the following counsel of record on the 22nd day of May, 2008:

Angelo Notaro, Esq.  
Notaro & Michalos PC  
1270 Broadway, Suite 807  
New York, NY 10001  
Tel.: 212.278.8600  
Fax: 212.278.8687  

M. David Baker, Esq.  
Attorney At Law  
225 Broadway, Suite 2715  
New York, NY 10007  
Tel.: 212.962.0200  
Fax: 212.233.3859  

_____  
Justin F. Heinrich (JH 3379)