UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

LAUGH FACTORY, INC., LAUGH FACTORY
TIMES SQUARE, INC. & JAMIE MASADA,

        Plaintiffs,

        -against-

RICHARD BASCIANO, 303 WEST 42ND STREET
REALTY COMPANY, 303 WEST 42ND STREET
LLC, TIMES SQUARE ARTS CENTER, LLC & 300
WEST 42ND STREET REALTY, INC.,

        Defendants.

---------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/19/09

08 Civ. 1887 (JSR) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on June 18, 2009, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
           June 19, 2009

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Anne Marie Bowler, Esq.
                              Angel Notaro, Esq.
                              Judge Jed S. Rakoff

C:\ORD\DISMISS